FILED

04/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0492

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-20-018

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
SCOTT AND PAMELA BYE;
KOREY AND WENDY FAUQUE;
BUTCH AND DOREEN
GILLESPIE; WAYNE AND ROXY
GILLESPIE, and JOHN DOES 1, 2,
3, 4,

        Plaintiffs/Appellees,

    -vs-

SOMONT OIL COMPANY, INC.,

        Defendant/Appellant.
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
EXTENSION OF TIME**

Pursuant to the authority granted under M.R.App.P. 26(1), Appellant is

given an extension of time until May 7, 2021, to prepare, file and serve Appellant's

Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 2 2021